UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HOWARD MILLER, On Behalf of Himself, and All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>             -against-<br><br>TOP RANK, INC., ROBERT ARUM, TODD DUBOEF, EMMANUEL "MANNY" PACQUIAO, MICHAEL KONCZ, HOME BOX OFFICE, INC., SHOWTIME NETWORKS, INC., FLOYD MAYWEATHER, MAYWEATHER PROMOTIONS LLC,<br><br>                                   Defendant(s). | Case No.<br><br>**COMPLAINT -- CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Howard Miller ("Plaintiff"), by his undersigned counsel and on behalf of himself and all others similarly situated, complaining of deceptive trade practices relating to the failure of Defendants to disclose the significant injuries sustained by Defendant Manny Pacquiao prior to the fight between Mr. Pacquiao and Floyd Mayweather held on May 2, 2015, at the MGM Grand Arena in Las Vegas, Nevada (the "Fight"), alleges upon information and belief as follows:

**NATURE AND SUMMARY OF THE ACTION**

1.       This is an action against Defendants alleging violations of the Florida Deceptive and Unfair Practices Act Section 501.204(1) and unjust enrichment.  The class consists of all persons who purchased the pay per view package to watch the Fight (the "Class").

2.       Saturday, May 2, 2015, witnessed the richest bout in the history of prize fighting but also may have marked the storied sport's nadir.  Messrs. Floyd Mayweather and Manny Pacquiao reportedly will earn $178,808,511 and $119,872,340 respectively for the twelve rounds of "boxing" witnessed by millions.  Boxing fans across the world made these huge purses possible

by spending between $89 and $100 in subscription fees to watch the pay-per-view event cohosted by Home Box Office, Inc. ("HBO") and Showtime Networks, Inc. ("Showtime").

3. Each of these consumers subscribed to this extraordinarily expensive bout premised on the belief that each pugilist was in top physical condition as represented at the Friday, May 1, 2015 weigh-in. The truth was drastically different.

4. As has now been shamefully admitted to a shocked and disappointed community of boxing fans and to the millions that paid to see the fight and bankroll the exorbitant purses, Mr. Pacquiao was far from in promised prime fighting condition. Mr. Pacquiao, instead, reportedly suffered a serious shoulder injury during training two and a half weeks prior to the fight, and is now to undergo right shoulder surgery to repair a "significant tear" in his rotator cuff that will prevent him from entering the ring for at least nine months to possibly a year. It is beyond cavil that an injured rotator cuff is a debilitating injury that renders a fighter unable to effectively throw punches. The injury has been likened to a sprinter running the Olympic one-hundred meter dash with a torn hamstring or a lame racehorse running the Belmont Stakes. Plaintiff seeks to recover damages for the deceptive acts and disclosures undertaken by Defendants in the run-up to the fight while knowing that one of the participants was injured with a "significant tear" weeks in advance.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the subject matter of this action pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1332(d) because the aggregate amount in controversy exceeds $5,000,000 and there is diversity between a Plaintiff and a Defendant.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b). Defendants conduct substantial business in this District, and otherwise purposely avail themselves of the markets in this District, through the promotion, sale, and marketing of the Fight in this District.

## PARTIES

7. Plaintiff, Howard Miller, is an individual residing in Coral Springs, Florida, who purchased the Fight on pay-per-view.

8. Defendant Top Rank, Inc. ("Top Rank"), upon information and belief, is incorporated in the State of Nevada, and in the business of producing, promoting, and selling tickets to fighting events.

9. Defendant Robert Arum, upon information and belief, is the Treasurer and Director of Top Rank, and a resident of the State of Nevada.

10. Defendant Todd DuBoef, upon information and belief, is the President of Top Rank, and a resident of the State of Nevada.

11. Defendant Emmanuel ("Manny") Pacquiao, upon information and belief, is a resident of the Philippines and owns real estate in Los Angeles, California.

12. Defendant Michael Koncz, upon information and belief, is an adviser and manager of Defendant Pacquiao, and a resident of the Philippines.

13. Defendant Home Box Office, Inc., upon information and belief, is incorporated in the State of Delaware with principal offices in the State of New York.

14. Defendant Showtime Networks, Inc., upon information and belief, is incorporated in the State of Delaware with principal offices in the State of New York.

15. Defendant Floyd Mayweather, upon information and belief, is a resident of the State of Nevada.

16. Defendant Mayweather Promotions LLC, upon information and belief, is a limited liability corporation in the State of Nevada, managed by Defendant Mayweather.

17. Defendants identified in paragraphs 8 through 12 are referred to herein as "Pacquiao Defendants" where appropriate.

**SUBSTANTIVE ALLEGATIONS**

    A.    **Background**

18.    Billed as the "Fight of the Century" throughout the world including on nearly every social media outlet on the planet, Mayweather and Pacquiao agreed to fight at the MGM Grand in Las Vegas on May 2, 2015, after years of avoiding each of other in the ring. Ken Hershman, the President of HBO Sports, described it as "a unique situation, the confluence of time and event – the two biggest fighters in the world coming together."[1] Mayweather touted, "We're both bigger names that we were five, six years ago. We're meeting at the pinnacle of our careers. The time is right."[2] In the preliminary press conference, Mayweather stated, "On May 2nd, that's when the world stops. It's all about the best fighting the best."

19.    While the boxing industry is prone to hype, the pay-per-view packages echoed the fighter's bravado. Time Warner Cable's pay-per-view had the byline of "The wait is over. Witness one of the most anticipated sporting events in recent history as pound for pound king Floyd Mayweather puts his legacy on the line to face eight-division world champion Manny Pacquiao."[3]

20.    Because both Pacquiao and Mayweather currently had exclusive relationships with individual broadcasters of the fight, the telecast by HBO was jointly produced by Showtime. Both HBO and Showtime broadcasted documentary specials during the weeks leading up to the fight focusing on the two fighters' preparation for the unprecedented bout.

---

[1] John Branch, *The Logistics Behind Mayweather and Pacquiao's 60-40 Split*, The New York Times (Apr. 17, 2015), http://www.nytimes.com/2015/04/18/sports/floyd-mayweather-jrand-manny-pacquiao-to-split-fight-payday-60-40.html.

[2] *Id.*

[3] *Mayweather Pacquiao*, Time Warner Cable (Accessed: May 6, 2015), http://www.twcondemand.com/mayweatherpacquiao/.

4

21. Showtime broadcast a four-part documentary series entitled "Inside Mayweather vs. Pacquiao," with three episodes focusing on Mayweather's preparation for the Fight, and an epilogue airing the week following the fight.

22. Similarly, HBO aired "Mayweather/Pacquiao: At Last," which focused on the history of the prospective matchup and Pacquiao's preparation for the Fight. It aired on April 18, with a second half-hour installment on April 26. HBO also broadcast encores of past Pacquiao fights.

23. Defendants HBO and Showtime both encouraged viewers to order the "pay-per-view" in advance through a massive marketing campaign in conjunction with television providers. As a result, an HBO representative reported that the fight had attracted more advance orders than any other HBO pay-per-view event in history.

24. In addition to the actual fighting, the "Fight of the Century" promised to be one of the most lucrative sports/entertainment events of all time dwarfing even legendary bouts featuring Mohammed Ali, considered the most recognizable athlete on the planet. As detailed by *The New York Times*:

> All revenue from the fight — the foreign broadcast rights, closed-circuit income from bars and theaters, ticket sales, sponsorships, merchandise sales and so on — goes into the pot. That will be about $130 million.
>
> The biggest revenue stream will come from the pay-per-view broadcast, sold to households by cable systems and satellite providers at a suggested price of $89.95. Mayweather's 2007 defeat of Oscar De La Hoya was purchased by nearly 2.5 million households, but expectations are that this one will easily surpass that mark. Some suggest it could be bought and seen in four million homes.
>
> Three million households would bring in an estimated $270 million. Under the deal, cable companies and satellite providers will receive 30 percent to 40 percent of gross pay-per-view revenue, depending on the level of marketing each does.

> A majority of the pay-per-view revenue will go to the fighters, minus a small cut (7.5 percent, divided evenly, Arum said) for HBO and Showtime.
>
> When the revenue is combined, the two fighters could divide around $300 million for a 12-round fight that will take less than an hour.[4]

25. Tickets to see the Fight live went on sale April 23, 2015, with individual ticket prices ranging from $1,500 to $7,500 for the 16,800 person capacity at the MGM Grand. The tickets reportedly sold-out in less than one-minute. The *Wall Street Journal* reported that tickets for the fight were listed on secondary markets for as much as $351,005.25 per ticket.[5]

26. Driving these exorbitant sums was the promise of a contest between two pugilists at the top of their careers, deemed to be the world's greatest, providing spectators with a fight to be spoken of for the ages. No mistaking the gravity of the Fight, it was billed and advertised as "The Fight of the Century."

27. As was disclosed later, Pacquiao suffered a debilitating injury to his right shoulder during training that requires surgery and will prevent him from boxing for up to a year. This injury, as disclosed by Defendant Koncz, was sustained around the first week of April.[6] The injury was so extensive at the time that Defendant Koncz later acknowledged that an MRI was taken during that first week in April.[7]

---

[4] *Id.*

[5] Jason Gay, *Manny Pacquiao vs. Floyd Mayweather Jr.: The Absurdity Is At* Hand, The Wall Street Journal (May 1, 2015), http://www.wsj.com/articles/manny-pacquiao-vs-floyd-mayweather-jr-the-absurdity-is-at-hand-1430430422.

[6] Mike Coppinger, *Manny Pacquiao To Have Shoulder Surgery, Miss Extensive Time*, Boxing Junkie (May 4, 2015), http://boxingjunkie.com/2015/05/04/manny-pacquiao-shoulder-surgery-torn-rotator-cuff-floyd-mayweather-top-rank/.

[7] *See id*. ("The injury got worse, the MRI is the proof of that," Koncz added. "The one taken today compared to the one that was taken in the first week of April, there's a dramatic difference in the problem.").

28. Even so, the "hype machine" was fully engaged and with record revenues to be generated, unwilling to cease.

29. As touted by Defendant Koncz several days before the Fight, "When it comes to the boxing ring we respect Mayweather greatly." Koncz continued, "[Mayweather's] one of the great defensive fighters, but he hasn't fought anybody with the speed of Manny."[8]

30. Even though Pacquiao's speed was clearly diminished due to his injury, the Pacquiao Defendants continued to mislead the public, class members, and even the Nevada Athletic Commission. Starting in the beginning of April, Pacquiao locked down his gym purportedly "to sharpen focus."[9] After announcing the lockdown, the doors to Pacquiao's training facility were to "remain closed and locked before and after working hours" allowing Pacquiao to "sharpen his focus . . . by [e]liminating interviews with reporters until his April 15 media day."[10] As later disclosed, Pacquiao sustained his injury in early April necessitating an MRI.

31. Indeed, Dashon Johnson, a Pacquiao sparring partner, stated in a Facebook post after the Fight that Pacquiao's sparring partners were sent home in April and told to keep the injury a secret. According to Johnson:

> We were asked not to mention anything to anyone but yes, Manny got hurt during this camp with his right shoulder and it was messed up pretty bad! So bad, his sparring partners including myself were asked to go home a few weeks out before the actual fight, which means a lot of work he could have put in for this fight was brought to a halt due to the fact that he could not spar really anymore and didn't want to mess it up more than he already had.[11]

---

[8] *Mayweather Not The Most Dangerous, Says Pacquiao Advisor*, BBC World (Apr. 29, 2015), http://www.bbc.com/sport/0/boxing/32526284.

[9] *Lance Pugmire, Manny Pacquiao Locking Down Gym To Sharpen Focus for Mayweather Fight*, The Los Angeles Times (Apr. 3, 2015), http://www.latimes.com/sports/boxing/la-sp-sn-manny-pacquiao-floyd-mayweather-roach-gym-interviews-20150403-story.html.

[10] *Id.*

[11] ABS-CBNNews.com, *Pacquiao's Sparmate Speaks Up On Shoulder Injury*, (May 4, 2015), http://www.abs-cbnnews.com/sports/05/04/15/pacquiaos-sparmate-speaks-shoulder-injury.

7

32. The undisclosed injury to Pacquiao's right arm was so severe that Pacquiao ceased using his right arm during training and worked out using only left-hand-punching drills.

33. While Pacquiao's trainer stated in an interview that Pacquiao had devoted numerous hours to "only punching with his left" in sparring, it was allegedly due to Mayweather's tactics without any mention of injury. Indeed, Pacquiao's trainer, as reported in the *Daily Mail*, "'That's where Floyd is most vulnerable,' he says. Mischievously he adds: 'We're at the point where Manny could beat him with his right arm tied behind his back.'"[12] How foretelling this statement was to become, that Pacquiao was to fight Mayweather without his right arm, only time would reveal.

34. In a pre-fight medical questionnaire detailing the boxer's injuries and medications filled out on May 1, 2015 as required by the Nevada Athletic Commission, (hereafter "Pre-Fight Medical Questionnaire", a copy of which is attached as Exhibit A), Defendant Pacquiao attested "under penalty of perjury" that he did not "[h]ave . . . any injury to . . . shoulders, elbows, or hands that needed evaluation or examination[.]" The Pre-Fight Medical Questionnaire was signed by both Defendant Pacquiao and Defendant Koncz.

35. Indeed, Pacquiao did not notify the Nevada Athletic Commission until 6 p.m. the night of the Fight. According to Commission executive director Bob Bennett stated, "We had no idea about the shoulder until the last minute."[13] Pacquiao requested a last minute allowance for an injection for his shoulder which the Commission did not allow as it had not been previously

---

[12] Jeff Powell, *'Manny Pacquiao Could Beat Floyd Mayweather with one arm behind his back!' Says Legendary Trainer Freddie Roach*, Daily Mail (Apr. 26, 2015), http://www.dailymail.co.uk/sport/boxing/article-3056479/Manny-Pacquiao-beat-Floyd-Mayweather-one-arm-back.html#ixzz3ZNUV11PS.

[13] Geoffrey Gray, *A Painful Oversight*, True Boxing (May 4, 2015), http://true.ink/boxing/manny-pacquaio-under-investigation-for-misleading-medical-forms/.

apprised of the situation. While the requested medication was not in violation of the rules if the injury was properly and timely disclosed, the Commission felt bound by the previous non-disclosure. As stated by Bennet, "Without checking out the form, and telling us only a couple hours before the fight for the first time, we really couldn't allow him to get the shot," Bennett said. "It's unfortunate, because had they told us earlier, or filled out the form the appropriate way, we could have considered his request."[14]

### B. The Fight

36. Pacquiao, known for his aggressive style and incessant attack, was not his typical offensive-minded fighter during the bout with Mayweather. Indeed, Pacquiao was severely limited in the engagement throwing 429 punches as opposed to the 563 he threw against Timothy Bradley on April 12, 2014, and the 578 punches thrown against Juan Manuel Marquez on November 12, 2011. The Fight was eventually won in a 12-round unanimous decision in favor of Mayweather.

37. Unlike the title bout, the fall-out of the Fight that failed to come close to its billing was fast and furious. *USA Today* crowed, "Mayweather vs. Pacquiao: the uber-bout that wasn't. The so-called fight of the century was pay-per-snooze, a complete waste of everyone's time and money — except in a boxing community now rolling in obscene amounts of cash, surely in disbelief they fooled us rubes again."[15]

38. Similarly, *Forbes* stated:

> The match between Floyd Mayweather Jr. and Manny Pacquiao lived up to the revenue hype but not the boxing hype. It seemed a great match of the beloved underdog against the undefeated, cocky villain. In fact, it was, arguably, the least entertaining "mega fight" in memory — an outcome that would appear not to trouble "Money

---

[14] *Id.*

[15] Chris Chase, *Mayweather-Pacquiao Was A Complete Waste of Time and Money*, USA Today (May 3, 2015), http://ftw.usatoday.com/2015/05/mayweather-pacquiao-compete-waste-of-time-money-boxing-is-dead-payout.

Mayweather" at all as he makes another deposit in the bank to top off his net worth above $400 million.

He never generated the kind of energy and punch volume (even against gloves and air) that was his trademark of his best fights.[16]

Meanwhile, the biggest letdown beyond the fight itself was the subsequent press conference.

It was there that Pacquiao ditched a career's worth of adversity-overcoming branding and chose instead to make an injury the most significant takeaway of the era's biggest fight.[17]

39. The *Los Angeles Times* wryly played off of the *Wall Street Journal's* pre-fight coverage that as it was a good thing there are 85 years left to top the "Fight of The Century".[18]

C.  **The Revelation**

40. Following the Fight, Pacquiao's team revealed publicly for the first time that he had torn a rotator cuff in his right shoulder. As Pacquiao stated after the Fight, "it's hard to fight one-handed."

41. On May 4, 2015, Defendant Top Rank, on Defendant Pacquiao's behalf, released the following statement regarding Pacquiao's injuries:

> During training, Manny Pacquiao suffered a right shoulder injury. Manny went to see world-class doctors, partners in the prestigious Kerlan Jobe Orthopedic Clinic, who performed tests and, in consultation with Manny, his promoter, and his advisors, concluded that with short rest, treatments, and close monitoring, Manny could train and, on May 2, step into the ring against Floyd Mayweather.
>
> Manny's advisors notified the United States Anti-Doping Agency ("USADA") of the shoulder injury and the treatments being proposed by the doctors during training and on fight night. USADA

---

[16] Brian Goff, Floyd *Mayweather Is A Boring Boxer But May Be the Best Businessman In Sports*, Forbes (May 4, 2015), http://www.forbes.com/sites/briangoff/2015/05/04/floyd-mayweather-is-a-boring-boxer-but-maybe-the-best-business-man-in-sports/.

[17] Lyle Fitzsimmons, *Was the Mayweather vs. Pacquiao Superfight a Letdown?*, Bleacher Report (May 4, 2015), http://bleacherreport.com/articles/2452981-was-the-mayweather-vs-pacquiao-superfight-a-letdown.

[18] Bill Dwyre, *Letting Pacquiao Fight Mayweather Injured Dealt Damaging Blow To Boxing's Future*, Los Angeles Times (May 4, 2015), http://www.latimes.com/sports/la-sp-mayweather-pacquiao-dwyre-20150504-column.html.

spoke to Manny's doctors twice, investigated, and confirmed in writing that the proposed treatments, if used, were completely allowed. The medication approved for fight night was a non-steroidal anti-inflammatory (Toradol).

Manny continued to train and his shoulder improved, though not 100%. This is boxing, injuries happen, and Manny is a warrior. Again, in consultation with his doctors, promoter and advisors, Manny decided to proceed with the fight anticipating that he could receive his pre-fight treatment. That specific treatment had been approved by USADA in writing at least 5 days before the fight.

On his pre-fight medical form filled out earlier in the week, Manny's advisors listed the medications that Manny used in training and the medications that might be used on fight night. A few hours before he was expected to step in the ring, when Manny's doctors began the process, the Nevada Commission stopped the treatment because it said it was unaware of Manny's shoulder injury.

This was disappointing to Team Pacquiao since they had disclosed the injury and treatment to USADA, USADA approved the treatments, and Manny had listed the medication on his pre-fight medical form.

Also, USADA had provided a copy of its contract with the fighters to the Commission. An hour before the fight, Manny's advisors asked the Commission to reconsider and the director of USADA advised the Commission that USADA had approved the fight-night treatment, but the Commission denied the request.

With the advice of his doctors, Manny still decided to proceed with the fight. His shoulder wasn't perfect but it had improved in training camp.

However, as Manny has said multiple times, he makes no excuses. Manny gave it his best.[19]

42. Despite Top Rank's assertions that the United States Anti-Doping Agency (USADA) had been notified and alerted to Pacquiao's injuries, the head of the USADA, Travis Tygart, refuted this assertion. Mr. Tygart stated that, "[The USADA] had no medical information,

---

[19] Top Rank, *Joint Statement of Pacquiao's Right Shoulder Injury*, http://www.toprank.com/news/boxing-promotions-joint-statement-on-pacquiaos-right-shoulder-injury.

11

no MRIs, no documents." Mr. Tygart continued, "It was not an antidoping issue. The real question is why his camp checked 'no' on the disclosure. The real question is why his camp checked 'No' on the disclosure. Either they made a terrible mistake to not follow the rules or they were trying not to give information to the other side. I'm not sure there's a middle ground."[20]

43. Mr. Tygart supplied a third reason for failing to disclose the injury, "Or they were worried the fight was going to get cancelled because of this injury, and they weren't going to get paid. These guys know better."[21]

44. Furthermore, the Nevada Athletic Commission's executive director refuted the Pacquiao Defendants' allegations that it had been previously notified of the injury, and asked USADA director Andy Morrison to see if any emails had been sent regarding the injury. None were sent.[22]

45. After the revelation of injury, the HBO commentator who called the Fight, Jim Lampley, reflected:

> It was a cynical enterprise to begin with in certain ways and now seems even more so. I feel terrible [for those] who spent four figures on a ticket, I feel bad for people who spent 89, 90, 100 dollars on pay-per-view who were not given proper information in advance on what it was they were seeing. I think there may be a constituency of people who think it's in some way noble and brave for Pacquiao to go ahead and enter the ring with an injury and try to perform, but I think that the only way that would wash is if the public had known

---

[20] Des Bieler, *Manny Pacquiao to Undergo Surgery for Shoulder Injury Suffered Before Fight with Floyd Mayweather*, The Washington Post (May 5, 2015), http://www.washingtonpost.com/blogs/early-lead/wp/2015/05/05/manny-pacquiao-to-undergo-surgery-for-shoulder-injury-suffered-before-fight-with-floyd-mayweather/.

[21] Christian Red, Mitch Abramson, *Manny Pacquiao Should Injury Could Spark Perjury Charge – Nevada Authorities Investigating*, New York Daily News (May 5, 2014), http://www.nydailynews.com/sports/more-sports/pacquiao-failure-disclose-injury-perjury-article-1.2210373.

[22] Mike Coppinger, *Manny Pacquiao To Have Shoulder Surgery, Miss Extensive Time*, Boxing Junkie (May 4, 2015), http://boxingjunkie.com/2015/05/04/manny-pacquiao-shoulder-surgery-torn-rotator-cuff-floyd-mayweather-top-rank/.

in advance, and to have gone ahead with the enterprise when one of the fighters turns out to be damaged goods.[23]

46. Following the Fight, it has become apparent that the Pacquiao Defendants all knew of the existence of this injury and hid it from the public. In fact, the Pacquiao Defendants' failure to disclose the injury on the Pre-Fight Medical Questionnaire is now being looked into for perjury issues. Cisco Aguilar, the Chairman of the Nevada Athletic Commission stated:

> Disclosure is a big thing for us, and honesty . . . . The commission at some point will have to discuss (Pacquiao's medical questionnaire). I've got to run through the process with the (Nevada) Attorney General (Adam Laxalt). But they do sign that document under the penalty of perjury.[24]

47. Furthermore, it has become clear that Defendant Mayweather and his promotion company, Defendant Mayweather Productions, were also well aware of Pacquiao's injury prior to the Fight.

48. This fact has been admitted by, *inter alia*, Defendant Pacquiao himself, who told members of the Filipino media that Mayweather targeted the injured shoulder during the Fight, stating: "I'm sure he found out. Somebody leaked it to him [i.e., Mayweather]. They knew."

49. Indeed, members of Mayweather's training team and Mayweather Promotions have reportedly admitted that they had a "mole" in the Pacquiao training camp, providing intimate details about Pacquiao's training regimen.[25] Assuredly, any inside knowledge made Mayweather

---

[23]Nick Schwartz, *HBO's Jim Lampley Feels 'Terrible' for People Who Spent Money on Mayweather-Pacquiao*, USA Today (May 5, 2015), http://ftw.usatoday.com/2015/05/mayweather-pacquiao-reaction-jim-lampley/.

[24]Christian Red, Mitch Abramson, *Manny Pacquiao Shoulder Injury Could Spark Perjury Charge – Nevada Authorities* Investigating, NY Daily News (May 5, 2015), http://www.nydailynews.com/sports/more-sports/pacquiao-failure-disclose-injury-perjury-article-1.2210373.

[25]Tony Manfred, *There Was A 'Mole' in Manny Pacquiao's Camp Before the Mayweather Fight*, Business Insider (May 4, 2015), http://www.businessinsider.com/pacquiao-mayweather-leaked-shoulder-injury-2015-5.

13

and his team aware of Pacquiao's injury and of the fact that Pacquiao's sparring partners had been sent home with instructions to keep the injury a secret.

50. Thus, all Defendants were fully aware of Pacquiao's injury prior to the Fight and that the injury had not been revealed to the public.

51. Defendants' silence was motivated purely by profit.

52. On September 9, 2014, Defendant Mayweather announced he will retire from boxing in 2015. Thus, the Fight offered Defendants one last opportunity for an unprecedented payday before that retirement occurred.

53. Defendants were fully aware that, without notice of the existence of this injury, purchasers of pay per view showings of the Fight would naturally believe--as they had been led to believe--that they were purchasing the right to see a contest between highly-conditioned, healthy athletes in peak physical condition.

54. Indeed, in a pre-Fight interview with Showtime, Defendant Mayweather stated: "I'm in tip-top condition. I'm pretty sure he's in tip-top shape also."

55. Defendants were fully aware that the record-breaking revenues being generated by pay per view fees for the Fight would be severely adversely affected if the public knew that they were being asked to pay between $89.95 and $99.95 to see a boxing match between Mayweather and what was, for all practical purposes, a one-armed man.

56. The failure to reveal the existence and extent of Defendant Pacquiao's injury was a material omission of fact relating to the sale of, *inter alia*, pay per view services.

## CLASS ACTION ALLEGATIONS

57. Plaintiff brings this action as a class action pursuant to Fed. R. Civ. P. 23, on behalf of a class defined as:

>  All Florida citizens who purchased the pay per view subscription of the May 2, 2015 boxing match between Emmanuel "Manny" Pacquiao and Floyd Mayweather for viewing at their residence in Florida.

58. The Class for whose benefit this action is brought is so numerous that joinder of all members is impracticable.

59. The proposed class is composed of over 25,000 persons.

60. All members of the proposed Class are fully ascertainable through records maintained by various Defendants, as well as electronic records maintained by the cable and satellite television providers servicing the homes owned by the Class.

61. No violations alleged in this complaint are a result of any oral communications or individualized interaction of any kind between any Class members and any Defendant.

62. Rather, all claims in this matter arise from the identical material omission of fact and common course of conduct alleged herein.

63. There are common questions of law and fact affecting the rights of the Class, including, *inter alia*, the following:

   a. Whether the fact that Defendant Pacquiao suffered an undisclosed, debilitating rotator cuff injury in his right shoulder prior to the Fight was a material issue relating to the sale of "pay per view" showings of the Fight under Florida law;

   b. Whether each Defendant was aware of that injury prior to the Fight and the date each such Defendant became so aware;

   c. Whether the failure to reveal the existence of that injury prior to the Fight was a deceptive act in the conduct of trade of commerce within the meaning of Fla. Stat. § 501.204(1);

    d.    Whether each Defendants conduct constituted a violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 *et seq.*; and

    e.    Whether each Defendants common course of conduct, as alleged herein, renders them liable to provide total or partial refunds under a theory of unjust enrichment or disgorgement.

64.    Plaintiff is a member of the Class he seeks to represent.

65.    The claims of Plaintiff are not only typical of all Class members, they are identical.

66.    All claims of Plaintiff and the Class arise from the same material omission of fact and common course of conduct.

67.    All claims of Plaintiff and the Class are based on the exact same legal theories.

68.    Plaintiff has no interest antagonistic to, or in conflict with, the Class.

69.    Plaintiff will thoroughly and adequately protect the interests of the Class, having retained qualified and competent legal counsel to represent himself and the Class.

70.    Defendants have acted and refused to act on grounds generally applicable to the Class, thereby making appropriate injunctive and declaratory relief for the Class as a whole.

71.    The prosecution of separate actions by individual Class members would create a risk of inconsistent or varying adjudications.

72.    A class action is the only practical, available method for the fair and efficient adjudication of the controversy since, *inter alia*, the damages suffered by each Class member were less than $100 per pay per view charge and, as such, individual actions are not economically feasible.

73.    Common questions will predominate, and there will be no unusual manageability issues.

## FIRST CLAIM
### Violation of Florida Deceptive and Unfair Trade Practices Act
### Fla. Stat. § 501.201 *et seq*.

74. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

75. This cause of action is brought pursuant to the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 et seq. (the "Act"). The express purpose of the Act is to "protect the consuming public . . . from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce." Fla. Stat. §501.202(2).

76. Plaintiff is a consumer as defined by Fla. Stat. §501.203. The pay-per-view subscription is a good, service, and/or thing of value within the meaning of the Act. Defendants engaged in trade or commerce within the meaning of the Act.

77. Fla. Stat. §501.204(1) declares unlawful "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."

78. Defendants have violated the Act by engaging in the unfair and deceptive practices as described herein which offend public policies and are immoral, unethical, unscrupulous and substantially injurious to consumers.

79. Plaintiff and the Class have been aggrieved by Defendants' unfair and deceptive practices in that they paid for the pay per view subscription for the Fight.

80. The damages suffered by Plaintiff and the Class were directly and proximately caused by the deceptive, misleading and unfair practices of Defendants, as more fully described herein.

81. Pursuant to Fla. Stat. §§501.211(2) and 501.2105, Plaintiff and the Class make claims for damages, punitive damages, attorneys' fees and costs.

## SECOND CLAIM
## Unjust Enrichment

82. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

83. By their wrongful acts and the omissions of material fact that they caused to be made, the Defendants were unjustly enriched at the expense of, and to the detriment of, Plaintiff and members of the Class.

84. Defendants either benefitted financially from the pay per view revenues and other compensation tied to the Fight that was unjust in light of the Defendants' bad faith conduct.

85. Plaintiff, as a member of the Class, seeks restitution from the Defendants and seeks an order from this Court disgorging all profits, benefits, and other compensation, obtained by the Defendants due to their wrongful conduct.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief and judgment as follows:

A. Determining that this action is a proper class action, designating Plaintiff as class representative under Rule 23 of the Federal Rules of Civil Procedure;

B. Awarding compensatory damages in favor of Plaintiff and the other Class members against Defendant in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: May 8, 2015

**CULLIN O'BRIEN LAW, P.A.**
CULLIN A. O'BRIEN
Florida Bar No. 597341


  *s/Cullin O'Brien*
CULLIN O'BRIEN

6541 NE 21st Way
Ft. Lauderdale, FL  33308
Telephone:  561/676-6370
561/320-0285 (fax)
cullin@cullinobrienlaw.com


**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gregory M. Nespole
Matthew M. Guiney
Robert Y. Altchiler
270 Madison Avenue
New York, NY 10016
Telephone:  212-545-4600
Facsimile:   212-545-4605


Attorneys for Plaintiff and the Class